UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAY ALIX,<br><br>*Plaintiff*,<br><br>-against-<br><br>MCKINSEY & CO., INC.; MCKINSEY HOLDINGS, INC.; MCKINSEY & COMPANY INC. UNITED STATES; MCKINSEY RECOVERY & TRANSFORMATION SERVICES U.S., LLC; DOMINIC BARTON; KEVIN CARMODY; JON GARCIA; SETH GOLDSTROM; ALISON PROSHAN; and ROBERT STERNFELS,<br><br>*Defendants*, | Case No. 18-cv-04141 (JMF)<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of the Court and all Parties of Record:

Notice is hereby given that David S. Flugman is admitted or otherwise authorized to practice in this court and enters his appearance as counsel for McKinsey & Co., Inc.; McKinsey Holdings, Inc.; McKinsey & Company Inc. United States; McKinsey Recovery & Transformation Services U.S., LLC; Dominic Barton; Kevin Carmody; Jon Garcia; Seth Goldstrom; Alison Proshan; and Robert Sternfels (collectively "Defendants") in the above-captioned case. Defendants request that copies of all notices and filings be provided to David S. Flugman.

Dated: May 16, 2018

Respectfully submitted,

/s/ David S. Flugman

SELENDY & GAY PLLC

David S. Flugman
1290 Avenue of the Americas, 17th Floor
New York, NY 10104
(212) 390-9000
dflugman@selendygay.com

*Attorneys for Defendants McKinsey & Co., Inc.; McKinsey Holdings, Inc.; McKinsey & Company Inc. United States; McKinsey Recovery & Transformation Services U.S., LLC; Dominic Barton; Kevin Carmody; Jon Garcia; Seth Goldstrom; Alison Proshan; and Robert Sternfels.*