Selendy & Gay PLLC
1290 Avenue of the Americas
New York NY 10104

Faith Gay
212-390-9001
fgay@selendygay.com



May 17, 2018

**Via ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street, Room 115
New York, NY 10007

RE:     *Jay Alix v. McKinsey & Co., Inc., et. Al.*, No. 1:18-cv-04141-JMF (S.D.N.Y.)
         Defendants' Letter-Motion to Extend the Time to Respond to Complaint

Dear Judge Furman:

         Pursuant to this Court's Individual Practices and Fed R. Civ. P. 16(b), McKinsey & Co., Inc., McKinsey Holdings, Inc., McKinsey & Company Inc. United States, McKinsey Recovery & Transformation Services U.S., LLC, Dominic Barton, Kevin Carmody, Jon Garcia, Seth Goldstrom, Alison Proshan, and Robert Sternfels (collectively the "Defendants") write to request an extension of defendants' time to respond to the plaintiff's Complaint from May 30, 2018 to July 30, 2018. The plaintiff filed a lengthy 150-page Complaint alleging violations under the Racketeer Influenced and Corrupt Organizations Act (RICO) and state law claims against multiple defendants.  Defendants collectively request this extension to ensure sufficient time to appropriately respond to the plaintiff's allegations. Counsel have met and conferred about this extension and have agreed to the new deadline. This is the defendants' first request for an extension of time with respect to this time limitation. The parties' next scheduled appearance before this Court is for an initial pretrial conference on July 24, 2018 at 3:15 p.m.

                                         Respectfully submitted,


                                         _____/s/ Faith Gay_____

                                         SELENDY & GAY PLLC

                                         Faith Gay
                                         1290 Avenue of the Americas
                                         17th Floor

Honorable Jesse M. Furman

May 17, 2018
Page 2

New York, NY 10101
(212) 390-9000
fgay@selendygay.com

PROSKAUER ROSE LLP

Mark D. Harris
Jordan B. Leader
11 Times Square
New York, NY 10036
(212) 969-3000
mharris@proskauer.com
jleader@proskauer.com

*Attorneys for Defendants McKinsey & Co.,*
*Inc.; McKinsey Holdings, Inc.; McKinsey &*
*Company Inc. United States; McKinsey*
*Recovery & Transformation Services U.S.,*
*LLC; Dominic Barton; Kevin Carmody; Jon*
*Garcia; Seth Goldstrom; Alison Proshan;*
*and Robert Sternfels.*