# EXHIBIT A

**Rule 2014 Bankruptcy Disclosures Submitted by McKinsey, in Chronological Order**[1]

| No. | Date | Case | Document | No. of McKinsey Connections Identified by Name |
|---|---|---|---|---|
| 1 | 12/27/2001 | *Hayes* | Affidavit of Richard K. Sykes in Support of Debtors' Application for Order under 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) Authorizing Employment and Retention of McKinsey & Company, Inc. United States as Management Consultant to the Debtors (Dkt. 103) | 0 |
| 2 | 2/13/2002 | *Hayes* | Supplemental Affidavit of Richard K. Sykes in Support of Debtors' Application For Order Under 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) Authorizing Employment and Retention of McKinsey & Company, Inc. United States as Management Consultant To The Debtors (Dkt. 365) | 0 |
| 3 | 3/13/2002 | *Hayes* | Second Supplemental Affidavit of Richard K. Sykes Pursuant to Order under 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 Authorizing Employment and Retention of McKinsey & Company, Inc. United States as Management Consultant for Debtors-In Possession, Nunc Pro Tunc to the Petition Date (Dkt. 479) | 0 |

---

[1] In this chart, the term "**McKinsey Connection**" refers to an individual or entity named at least once as an "Interested Party" in the relevant bankruptcy, with which McKinsey had one or more connections or relationships.

| No. | Date | Case | Document | No. of McKinsey Connections Identified by Name |
|---|---|---|---|---|
| 4 | 12/9/2002 | *UAL* | Affidavit of Gerhard J. Bette in Support of Debtors' Application for Order under 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) Authorizing Employment and Retention of McKinsey & Company, Inc. United States as Management Consultant to the Debtors (Dkt. 52) | 0 |
| 5 | 2/27/2003 | *UAL* | Supplemental Affidavit of Nikolaus D. Semaca in Support of Debtors' Application for Order under 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 20l4(a) Authorizing Employment and Retention of McKinsey & Company, Inc. United States as Management Consultant to the Debtors (Dkt. 1606) | 10 |
| 6 | 10/27/2003 | *Mirant* | Affidavit of Kenneth J. Ostrowski in Support of Debtors' Application to Retain McKinsey & Company, Inc. United States as Management Consultant to the Debtors (Dkt. 1457) | 0 |
| 7 | 6/17/2009 | *Lyondell* | Affidavit of Thomas Hundertmark in Support of Debtors' Application for Order under 11 U.S.C. §§ 327(a) and 328(a) and Federal Rule of Bankruptcy Procedure 2014(a) Authorizing Employment and Retention of McKinsey & Company, Inc. United States as Management Consultants to the Debtors[2] (Dkt. 2090) | 0 |

---

[2] As noted in the Amended Complaint, McKinsey US's initial disclosure affidavit in *Lyondell* disclosed, in a footnote, that a McKinsey partner had been a summer associate at the law firm Skadden, Arps, Meagher & Flom LLP in 2001.

2

| No. | Date | Case | Document | No. of McKinsey Connections Identified by Name |
|---|---|---|---|---|
| 8 | 9/15/2009 | *Lyondell* | Affidavit of Thomas Hundertmark in Support of the Application of the Debtors Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Expand the Scope of McKinsey & Company, Inc. United States' Retention as Management Consultant to the Debtors (Dkt. 2752) | 0 |
| 9 | 4/4/2011 | *Harry & David* | Declaration of Seth Goldstrom in Support of the Debtors' Application to Retain and Employ McKinsey Recovery & Transformation Services U.S., LLC as Management Consultants *Nunc Pro Tunc* as of the Petition Date (Dkt. 105) | 0 |
| 10 | 4/26/2011 | *Harry & David* | Supplemental Declaration of Seth Goldstrom in Support of the Debtors' Application to Retain and Employ McKinsey Recovery & Transformation Services U.S., LLC as Management Consultants Nunc Pro Tunc as of the Petition Date (Dkt. 208) | 0 |
| 11 | 6/20/2011 | *Harry & David* | Second Supplemental Declaration of Seth Goldstrom in Support of the Debtors' Application to Retain and Employ McKinsey Recovery & Transformation Services U.S., LLC as Management Consultants Nunc Pro Tunc as of the Petition Date (Dkt. 457) | 1 |
| 12 | 1/10/2012 | *AMR* | Declaration of Seth Goldstrom in Support of the Debtors' Application to Retain and Employ McKinsey Recovery & Transformation Services U.S., LLC, McKinsey & Company, Inc. United States, and McKinsey & Company, Inc. Japan as Management Consultants *Nunc Pro Tunc* as of December 12, 2011 (Dkt. 581) | 0 |

3

| No. | Date | Case | Document | No. of McKinsey Connections Identified by Name |
|---|---|---|---|---|
| 13 | 1/20/2012 | *AMR* | Supplemental Declaration of Seth Goldstrom in Support of the Debtors' Application to Retain and Employ McKinsey Recovery & Transformation Services U.S., LLC, McKinsey & Company, Inc. United States, and McKinsey & Company, Inc. Japan Aa Management Consultants Nunc Pro Tunc as of December 12, 2011 (Dkt. 697) | 0 |
| 14 | 2/27/2012 | *AMR* | Second Supplemental Declaration of Seth Goldstrom in Support of the Debtors' Application to Retain and Employ McKinsey Recovery & Transformation Services U.S., LLC, McKinsey & Company, Inc. United States, and McKinsey & Company, Inc. Japan as Management Consultants Nunc Pro Tunc as of December 12, 2011 (Dkt. 1468) | 0 |
| 15 | 5/10/2012 | *AMR* | Third Supplemental Declaration of Seth Goldstrom in Support of the Debtors' Application to Retain and Employ McKinsey Recovery & Transformation Services U.S., LLC, McKinsey & Company, Inc. United States, and McKinsey & Company, Inc. Japan as Management Consultants Nunc Pro Tunc as of December 12, 2011 (Dkt. 2695) | 0 |
| 16 | 11/13/2012 | *AMR* | Fourth Supplemental Declaration of Seth Goldstrom in Support of the Debtors' Second Supplemental Application to Retain and Employ McKinsey Recovery & Transformation Services U.S., LLC, McKinsey & Company, Inc. United States, and McKinsey & Company, Inc. Japan as Management Consultants (Dkt. 5344) | 0 |

| No. | Date | Case | Document | No. of McKinsey Connections Identified by Name |
|---|---|---|---|---|
| 17 | 2/28/2013 | *AMR* | Fifth Supplemental Declaration of Seth Goldstrom in Support of the Debtors' Second Supplemental Application to Retain and Employ McKinsey Recovery & Transformation Services U.S., LLC, McKinsey & Company, Inc. United States, and McKinsey & Company, Inc. Japan, McKinsey & Company Canada, McKinsey & Company, Inc. Belgium, McKinsey & Company, Inc. Italy, and McKinsey & Company, S.L. as Management Consultants Nunc Pro Tunc as of December 12, 2011 (Dkt. 6896) | 0 |
| 18 | 4/18/2013 | *AMR* | Sixth Supplemental Declaration of Seth Goldstrom in Support of the Debtors' Second Supplemental Application to Retain and Employ McKinsey Recovery & Transformation Services U.S., LLC, McKinsey & Company, Inc. United States, and McKinsey & Company, Inc. Japan, McKinsey & Company Canada, McKinsey & Company, Inc. Belgium, McKinsey & Company, Inc. Italy, and McKinsey & Company, S.L. as Management Consultants Nunc Pro Tunc as of December 12, 2011 (Dkt. 7697) | 0 |
| 19 | 11/21/2012 | *AMF Bowling* | Declaration of Kevin Carmody in Support of the Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of McKinsey Recovery & Transformation Services U.S., LLC, as Restructuring Advisor to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date (Dkt. 125) | 0 |
| 20 | 12/28/2012 | *Edison Mission* | Declaration of Jared D. Yerian in Support of Debtors' Application to Employ and Retain McKinsey Recovery & Transformation Services U.S., LLC as Restructuring Advisor for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date (Dkt. 175) | 0 |

| No. | Date | Case | Document | No. of McKinsey Connections Identified by Name |
|---|---|---|---|---|
| 21 | 5/15/2013 | *Edison Mission* | First Supplemental Declaration of Jared D. Yerian in Support of Debtors' Application to Employ and Retain McKinsey Recovery & Transformation Services U.S., LLC as Restructuring Advisor for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date<br>(Dkt. 756) | 0 |
| 22 | 11/22/2013 | *Edison Mission* | Second Supplemental Declaration of Jared D. Yerian in Support of Debtors' Application to Employ and Retain McKinsey Recovery & Transformation Services U.S., LLC as Restructuring Advisor for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date<br>(Dkt. 1615) | 0 |
| 23 | 10/23/2014 | *NII Holdings* | Declaration of Kevin Carmody in Support of Application of Debtors and Debtors in Possession, Pursuant to Sections 327(a), 328, 330, 331 and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b) and Local Bankruptcy Rules 2014-1 and 2016-1, for an Order Authorizing Them to Retain and Employ McKinsey Recovery & Transformation Services U.S., LLC as Turnaround Advisor for the Debtors *Nunc Pro Tunc* to October 23, 2014<br>(Dkt. 153) | 0 |
| 24 | 11/6/2014 | *NII Holdings* | Supplemental Declaration of Kevin Carmody in Support of Application of Debtors and Debtors in Possession, Pursuant to Sections 327(a), 328, 330, 331 and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b) and Local Bankruptcy Rules 2014-1 and 2016-1, for an Order Authorizing Them to Retain and Employ McKinsey Recovery & Transformation Services U.S., LLC as Turnaround Advisor for the Debtors *Nunc Pro Tunc* to October 23, 2014<br>(Dkt. 196) | 0 |

| No. | Date | Case | Document | No. of McKinsey Connections Identified by Name |
|---|---|---|---|---|
| 25 | 3/23/2015 | *Standard Register* | Declaration of Kevin Carmody in Support of Debtors' Motion for Order Authorizing the Debtors to (I) Employ and Retain McKinsey Recovery & Transformation Services U.S., LLC to Provide Interim Management Services Pursuant to 11 U.S.C. § 363 and (II) Designate Kevin Carmody as Chief Restructuring Officer Nunc Pro Tunc to the Petition Date (Dkt. 87) | 0 |
| 26 | 8/24/2015 | *Alpha Natural Resources* | Declaration of Kevin Carmody in Support of Application of the Debtors, Pursuant to Sections 327(A), 328(a) and 1107(b) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Bankruptcy Rule 2014-1, for an Order Authorizing Them to Retain and Employ McKinsey Recovery & Transformation Services U.S., LLC as Turnaround Advisor for the Debtors, Effective as of the Petition Date (Dkt. 212) | 0 |
| 27 | 11/9/2015 | *Alpha Natural Resources* | Supplemental Declaration of Kevin Carmody in Support of Application of the Debtors, Pursuant to Sections 327(A), 328(a) and 1107(b) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Bankruptcy Rule 2014-1, for an Order Authorizing Them to Retain and Employ McKinsey Recovery & Transformation Services U.S., LLC as Turnaround Advisor for the Debtors, Effective as of the Petition Date (Dkt. 865) | 0 |
| 28 | 3/25/2016 | *Alpha Natural Resources* | Second Supplemental Declaration of Kevin Carmody in Support of Application of the Debtors, Pursuant to Sections 327(A), 328(a) and 1107(b) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Bankruptcy Rule 2014-1, for an Order Authorizing Them to Retain and Employ McKinsey Recovery & Transformation Services U.S., LLC as Turnaround Advisor for the Debtors, Effective as of the Petition Date (Dkt. 1854) | 0 |

| No. | Date | Case | Document | No. of McKinsey Connections Identified by Name |
|---|---|---|---|---|
| 29 | 5/5/2016 | *SunEdison* | Declaration of Mark W. Hojnacki in Support of Debtors' Application for Order Pursuant to Sections 327(a), 328, 330, 331, and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b) and Local Bankruptcy Rules 2014-1 and 2016-1 Authorizing the Employment and Retention of McKinsey Recovery & Transformation Services U.S., LLC as Restructuring Advisor for the Debtors, Nunc Pro Tunc to the Petition Date (Dkt. 202) | 23 |
| 30 | 5/19/2016 | *Alpha Natural Resources* | Third Supplemental Declaration of Kevin Carmody in Support of Application of the Debtors, Pursuant to Sections 327(A), 328(a) and 1107(b) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Bankruptcy Rule 2014-1, for an Order Authorizing Them to Retain and Employ McKinsey Recovery & Transformation Services U.S., LLC as Turnaround Advisor for the Debtors, Effective as of the Petition Date (Dkt. 2464) | 22 |
| 31 | 6/6/2016 | *SunEdison* | Amended Declaration of Mark W. Hojnacki in Support of Debtors' Application for Order Pursuant to Sections 327(a), 328, 330, 331, and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b) and Local Bankruptcy Rules 2014-1 and 2016-1 Authorizing the Employment and Retention of McKinsey Recovery & Transformation Services U.S., LLC as Restructuring Advisor for the Debtors, Nunc Pro Tunc to the Petition Date (Dkt. 484) | 18 |

| No. | Date | Case | Document | No. of McKinsey Connections Identified by Name |
|---|---|---|---|---|
| 32 | 6/14/2016 | *SunEdison* | Supplement to Amended Declaration of Mark W. Hojnacki in Support of Debtors' Application for Order Pursuant to Sections 327(a), 328, 330, 331, and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b) and Local Bankruptcy Rules 2014-1 and 2016-1 Authorizing the Employment and Retention of McKinsey Recovery & Transformation Services U.S., LLC as Restructuring Advisor for the Debtors, Nunc Pro Tunc to the Petition Date (Dkt. 586) | 0 |
| 33 | 8/5/2016 | *Alpha Natural Resources* | Declaration of Kevin Carmody in Respect of Recommendation of United States Trustee Pursuant to Paragraph 'D' of Order Dated July 15, 2016 [Docket # 3055] (Dkt. 3233) | 72 |
| 34 | 12/21/2016 | *SunEdison* | Second Supplement to Amended Declaration of Mark W. Hojnacki in Support of Debtors' Application for Order Pursuant to Sections 327(a), 328, 330, 331, and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b) and Local Bankruptcy Rules 2014-1 and 2016-1 Authorizing the Employment and Retention of McKinsey Recovery & Transformation Services U.S., LLC as Restructuring Advisor for the Debtors, Nunc Pro Tunc to the Petition Date (Dkt. 1958) | 17 |
| 35 | 3/20/2017 | *SunEdison* | Third Supplement to Amended Declaration of Mark W. Hojnacki in Support of Debtors' Application for Order Pursuant to Sections 327(a), 328, 330, 331, and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b) and Local Bankruptcy Rules 2014-1 and 2016-1 Authorizing the Employment and Retention of McKinsey Recovery & Transformation Services U.S., LLC as Restructuring Advisor for the Debtors, Nunc Pro Tunc to the Petition Date (Dkt. 2614) | 2 |

| No. | Date | Case | Document | No. of McKinsey Connections Identified by Name |
|---|---|---|---|---|
| 36 | 6/23/2017 | *GenOn* | Declaration of Kevin M. Carmody in Support of Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of McKinsey Restructuring & Transformation Services U.S., LLC as Restructuring Advisor for the Debtors Nunc Pro Tunc to the Petition Date and (II) Granting Related Relief (Dkt. 123) | 25 |
| 37 | 7/13/2017 | *GenOn* | First Supplement to Declaration of Kevin M. Carmody in Support of Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of McKinsey Restructuring & Transformation Services U.S., LLC as Restructuring Advisor for the Debtors Nunc Pro Tunc to the Petition Date and (II) Granting Related Relief (Dkt. 221) | 55 |
| 38 | 9/15/2017 | *GenOn* | Second Supplement to Declaration of Kevin M. Carmody in Support of Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of McKinsey Restructuring & Transformation Services U.S., LLC as Restructuring Advisor for the Debtors Nunc Pro Tunc to the Petition Date and (II) Granting Related Relief (Dkt. 771) | 15 |
| 39 | 2/7/2018 | *GenOn* | Third Supplement to Declaration of Kevin M. Carmody in Support of Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of McKinsey Restructuring & Transformation Services U.S., LLC as Restructuring Advisor for the Debtors Nunc Pro Tunc to the Petition Date and (II) Granting Related Relief (Dkt. 1429) | 17 |