UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAY ALIX,

*Plaintiff*,

-against-

MCKINSEY & CO., INC.; MCKINSEY
HOLDINGS, INC.; MCKINSEY &
COMPANY INC. UNITED STATES;
MCKINSEY RECOVERY &
TRANSFORMATION SERVICES U.S.,
LLC; DOMINIC BARTON; KEVIN
CARMODY; JON GARCIA; SETH
GOLDSTROM; ALISON PROSHAN;
ROBERT STERNFELS; and JARED
YERIAN,

*Defendants*.

No. 18-CV-04141 (JMF)

---

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, the following claims are hereby voluntarily dismissed from this action without

prejudice:

- plaintiff's claim for breach of contract (the Fifth Cause of Action in the Amended
  Complaint (ECF 73));

- plaintiff's claim for promissory estoppel (the Sixth Cause of Action in the Amended
  Complaint); and

- plaintiff's claim for tortious interference with business expectancy under Virginia
  law (the Seventh Cause of Action in the Amended Complaint).

Dated: New York, New York
September 3, 2019

CADWALADER, WICKERSHAM & TAFT, LLP

By:    /s/ *Sean F. O'Shea*
Sean F. O'Shea  (soshea@cwt.com)
Michael E. Petrella (michael.petrella@cwt.com)
Amanda L. Devereux (amanda.devereux@cwt.com)
200 Liberty Street
New York, New York 10281
Tel: (212) 504-6000
Fax: (212) 504-6666

*Attorneys for Plaintiff Jay Alix*