# CADWALADER

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

October 23, 2019

Hon. Jesse M. Furman
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re:**   *Alix v. McKinsey & Co., Inc. et al.*, **18-CV-04141 (JMF)**

Your Honor:

     Plaintiff's reply brief in further support of its motion for Rule 54(b) and related relief is due tomorrow.  The Court has permitted Plaintiff seven pages for that reply.  Plaintiff requests that it be permitted to dedicate approximately one half of one of those pages to address what it believes to be errors in Defendants' Rule 41 analysis.

Respectfully submitted,

*/s Sean F. O'Shea*
Sean F. O'Shea