UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAY ALIX,<br><br>                       *Plaintiff,*<br><br>    v.<br><br>MCKINSEY & CO., INC.; MCKINSEY HOLDINGS, INC.; MCKINSEY & COMPANY INC. UNITED STATES; MCKINSEY RECOVERY & TRANSFORMATION SERVICES U.S., LLC; DOMINIC BARTON; KEVIN CARMODY; JON GARCIA; SETH GOLDSTROM; ALISON PROSHAN; ROBERT STERNFELS; and JARED YERIAN,<br><br>                      *Defendants.* | Case No. 1:18-cv-04141 (JMF) |

## **NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that, upon consideration of the accompanying Affirmation of Ariel N. Lavinbuk, the undersigned firm of Robbins, Russell, Englert, Orseck & Untereiner LLP ("Robbins Russell"), hereby moves this Court for an Order, pursuant to Local Rule 1.4, granting its Motion for Withdrawal of Appearance of Richard A. Sauber as an attorney of record for Defendants Kevin Carmody, Jon Garcia, Alison Proshan, and Robert Sternfels in the above-captioned matter. As stated in Mr. Lavinbuk's Affirmation, Mr. Sauber is no longer associated with Robbins Russell and no longer represents Defendants Kevin Carmody, Jon Garcia, Alison Proshan, and Robert Sternfels. Those Defendants will continue to be represented by the undersigned.

Accordingly, it is submitted that proper grounds exist for the withdrawal of Mr. Sauber as an attorney of record for Defendants Kevin Carmody, Jon Garcia, Alison Proshan, and Robert Sternfels.

Dated: March 31, 2022                    Respectfully submitted,

**ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP**

By: */s/ Ariel N. Lavinbuk*
Ariel N. Lavinbuk (NY 4520805)
2000 K Street NW, 4th Floor
Washington, DC 20006
alavinbuk@robbinsrussell.com
Tel.: (202) 775-4500
Fax: (202) 775-4510

*Counsel for Defendants Kevin Carmody, Jon Garcia, Alison Proshan, and Robert Sternfels*

The Clerk of Court is directed to terminate ECF No. 142.

**IT IS SO ORDERED.**

Dated: __April 1,__ , 2022

_____
UNITED STATES DISTRICT JUDGE