# CADWALADER

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

May 18, 2022

**BY ECF**

Hon. Jesse M. Furman
Thurgood Marshall United States Courthouse 40
Foley Square New York, NY 10007

Re:   *Jay Alix v. McKinsey & Co., Inc. et al.*, 18-CV-04141 (JMF)

Dear Judge Furman:

This firm represents Plaintiff Jay Alix in the above captioned matter.  We write with reference to the Court's order of May 16, 2022 setting a conference for May 24, 2022, at 4 pm (Dkt. 158), and the Court's order of May 18, 2022 rescheduling the conference to May 24, 2022 at 11:45 a.m. (Dkt. 159).  Unfortunately, both myself and Sean O'Shea, lead counsel for Plaintiff, will be out of the country on and around that date.  Accordingly, Plaintiff respectfully requests that the conference be rescheduled for May 31 or any other day later that week, preferably in the morning if it suits the Court's schedule.  Defendants consent to a postponement of the conference (to any day besides June 1, when they have a conflict), provided they receive a commensurate extension of the motion to dismiss briefing schedule.  Plaintiff consents to this request.

Respectfully submitted,

*/s/ Michael E. Petrella*
Sean F. O'Shea
Michael E. Petrella
Amanda L. Devereux
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, New York 10281
(212) 504-6000

*Counsel for Plaintiff Jay Alix*

> The conference scheduled for May 24, 222, is rescheduled to **May 31, 2022**, at **9:45 a.m.**  All other dates and deadlines (including the briefing schedule) remain in effect.  The Clerk of Court is directed to terminate ECF Nos. 160 and 161.
>
> SO ORDERED.
>
> *[signature]*
>
> May 19, 2022

Michael E. Petrella   Tel (212) 504-5551   michael.petrella@cwt.com