UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JAY ALIX,                                                            :
:
                Plaintiff,,                                 :
:      18-CV-4141 (JMF)
    -v-                                                          :
:          ORDER
MCKINSEY & CO., INC. et al,                                          :
:
                Defendants.                                 :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated on the record during the teleconference held earlier today:

- Plaintiff shall file any motion for leave to file a second amended complaint within 30 days of the date of this Order.

- Defendants shall, within seven days of Plaintiff's motion, confer with one another and Plaintiff and file a letter:

    o stating whether there are grounds to oppose the proposed amendment separate and apart from the failure to state a claim; and

    o proposing a briefing schedule for any motion to oppose the proposed amendment and/or any motion(s) to dismiss, including but not limited to any motions pursuant to Rules 12(b)(1), 12(b)(6), and 17 of the Federal Rules of Civil Procedure.

- Defendants shall file a letter-motion to stay discovery, not to exceed five pages, within three days of any motion to dismiss; Plaintiff shall file any opposition, not to exceed five pages, within a week of such a letter-motion.  Discovery is stayed pending the Court's decision on that motion.

- Unless the Court grants prior leave to do otherwise, all defense submissions shall be made jointly — i.e., on a consolidated basis.  Put differently, if any Defendant believes that there are independent bases for a motion that call for separate briefing, that Defendant must seek leave to file separately.

      SO ORDERED.

Dated: May 31, 2022　　　　　　　　　　　_____
       New York, New York　　　　　　　　　　　　　JESSE M. FURMAN
                                                    United States District Judge