# CADWALADER

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

September 13, 2022

**BY ECF**

The Honorable Jesse M. Furman
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

Re:   *Jay Alix v. McKinsey & Co., Inc. et al.*, 18-CV-04141 (JMF)

Dear Judge Furman:

We write to request that the deadline for Plaintiff Jay Alix's response to Defendants' letter motion for a stay of discovery (ECF 201) be set for Monday, September 19, 2022, one week following Defendants' filing.

On May 31, 2022, the Court ordered that "Plaintiff shall file any opposition [to Defendants' letter-motion for a stay] within a week of such a letter-motion." *See* ECF 166.  Plaintiff's counsel understood the Court's Order as establishing a filing deadline of one week following Defendants' motion — here, September 19.  It has scheduled case deadlines in other matters based on that understanding and respectfully requests that the September 16 deadline established by today's Order (ECF 202) be extended three days to Monday, September 19.

Defendants' letter-motion consists of five single-spaced pages addressing a critical issue for the fair and efficient adjudication of this case.  Alix respectfully submits that one week is a reasonable and appropriate time to respond.  Nor is there any danger of prejudice to Defendants from such relief, including because discovery is stayed in the interim.

Respectfully submitted,

*/s/ Michael E. Petrella*
Sean F. O'Shea
Michael E. Petrella
Amanda L. Devereux
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, New York 10281

*Counsel for Plaintiff Jay Alix*

Application GRANTED.  (The Court apologizes for overlooking the fact that it had already imposed a deadline.)  The Clerk of Court is directed to terminate ECF No. 203.  SO ORDERED.

[signature]

September 13, 2022

Michael E. Petrella   Tel (212) 504-5551   michael.petrella@cwt.com