*Application GRANTED. The Clerk of Court is directed to terminate ECF No. 241.*

*SO ORDERED.*

*[signature]*

*August 25, 2023*

August 25, 2023

**BY ECF**

The Honorable Jesse M. Furman
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    <u>*Jay Alix v. McKinsey & Co., Inc. et al.*, 18-CV-04141 (JMF)</u>

Dear Judge Furman:

    On August 18, 2023, this Court granted in part and denied in part Defendants' Motion to Dismiss the Second Amended Complaint ("SAC"). The Court directed Defendants to file an answer to the remaining claims within four weeks, which is September 15, 2023. Dkt. 239 at 60.

    Defendants respectfully request a 31-day extension of the time to answer the SAC, to Monday October 16, 2023. The Court has wide discretion to extend an unexpired deadline for "good cause." Fed. R. Civ. P. 6(b)(1). "[E]xtensions requested before the deadline should be granted absent bad faith or prejudice to another party." *Manigault v. ABC Inc.*, 796 F. App'x 13, 15–16 (2d Cir. 2019).

    Defendants request additional time in light of the SAC's length and the number of defendants remaining in the case. The SAC—even excluding the now dismissed Count Three and Defendant McKinsey Holdings—totals 606 lengthy paragraphs alleged over 259 pages against 12 defendants. It will take substantial time for Defendants to prepare their answers to the SAC's voluminous allegations.

    Defendants' requested extension will not prejudice Alix or delay the resolution of this case. Extending the time for Defendants to answer the SAC does not require the Court to delay the initial pretrial conference, which is currently scheduled for October 10, 2023, or any scheduling deadlines that may arise out of that conference. This is Defendants' first request for an extension of their time to answer the SAC.

Defendants have conferred with Alix's counsel and he consents to Defendants' requested extension of time to answer the SAC.

Respectfully submitted,

| | |
|---|---|
| /s/ *Mark P. Goodman* | /s/ *Jonathan D. Cogan* |
| John Gleeson | Matthew I. Menchel |
| Mark P. Goodman | Jonathan D. Cogan |
| Andrew J. Ceresney | Danielle L. Rose |
| Erica S. Weisgerber | Christen Martosella |
| Nathan S. Richards | Kobre & Kim LLP |
| Debevoise & Plimpton LLP | 800 Third Avenue |
| 66 Hudson Boulevard | New York, New York 10022 |
| New York, New York 10001 | (212) 488-1200 |
| (212) 909-6000 | |

*Counsel for McKinsey & Company, Inc., McKinsey & Company Inc. United States, and McKinsey Recovery & Transformation Services U.S., LLC*

| | |
|---|---|
| /s/ *Ariel N. Lavinbuk* | /s/ *Reid M. Figel* |
| Ariel N. Lavinbuk | Reid M. Figel |
| Jennifer S. Windom | Bradley E. Oppenheimer |
| Brandon L. Arnold | Robert C. Klipper |
| Kramer Levin Naftalis & Frankel LLP | Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C. |
| 2000 K Street NW, 4th Floor | 1615 M Street, NW, Suite 400 |
| Washington, D.C. 20006 | Washington, D.C. 20036 |
| (202) 775-4500 | (202) 326-7900 |
| | |
| *Counsel for Jon Garcia, Alison Proshan, and Robert Sternfels* | *Counsel for Kevin Carmody and Seth Goldstrom* |

| | |
|---|---|
| /s/ *Catherine L. Redlich* | /s/ *Micah E. Marcus* |
| Catherine L. Redlich | Micah E. Marcus |
| Driscoll & Redlich | Christopher Dean |
| 110 West 40th Street, Suite 1900 | McDonald Hopkins LLC |
| New York, New York 10018 | 300 North LaSalle Street, Suite 1400 |
| (212) 986-4030 | Chicago, Illinois 60654 |
| | (312) 280-0111 |
| *Counsel for Dominic Barton* | |
| | *Counsel for Jared D. Yerian* |

2


| | |
|---|---|
| /s/ *Linda Imes* | /s/ *Jed I. Bergman* |
| Linda Imes | Jed I. Bergman |
| Christopher W. Dysard | Olga Lucia Fuentes Skinner |
| Reed M. Keefe | Richard C. Ramirez |
| Spears & Imes LLP | Glenn Agre Bergman & Fuentes |
| 767 Third Avenue | 1185 Avenue of the Americas, 22nd Floor |
| New York, New York 10017 | New York, New York 10036 |
| (212) 213-6996 | (212) 970-1600 |
| | |
| *Counsel for Mark Hojnacki* | *Counsel for Virginia "Jean" Molino* |