```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
JAY ALIX,                                                         :
                                                                  :
                         Plaintiff,                               :    18-CV-4141(JMF)
                                                                  :
         -v-                                                      :       REVISED
                                                                  :    SCHEDULING ORDER
MCKINSEY & CO., INC., et al.,                                     :
                                                                  :
                         Defendants.                              :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for **October 10, 2023**, at **3:30 p.m.**, is RESCHEDULED for **October 11, 2023**, at **2:15 p.m.** and will be held **in person** in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

SO ORDERED.

Dated: September 15, 2023
       New York, New York

JESSE M. FURMAN
United States District Judge