October 4, 2023

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

        Re:    *Jay Alix v. McKinsey & Co., Inc., et al.*, No. 18-CV-4141(JMF)
              Letter Motion Seeking Adjournment

Dear Judge Furman:

      The parties in the above-referenced action jointly submit this letter to respectfully request that the Court adjourn by 30 days: (i) the initial pre-trial conference currently set for October 11, 2023 (and the joint preconference letter and proposed Case Management Order submission due on October 5, 2023 in connection with the same); (ii) defendants' October 16, 2023 deadline to answer the Second Amended Complaint; and (iii) plaintiff's October 23, 2023 deadline to answer or move with respect to defendant Goldstrom's counterclaim.

      The initial pre-trial conference is the only scheduled appearance before the Court. This is the parties' first request to adjourn the initial pre-trial conference and the submission due in connection with the same. It is defendants' second request to extend their time to answer the Second Amended Complaint; on August 25, 2023, the Court granted defendants' request to extend their time to answer by 31 days. Dkt. 242. It is plaintiff's first request to extend his time to respond to Goldstrom's counterclaim.

Respectfully submitted,

*Sean F. O'Shea*
Sean F. O'Shea
Michael E. Petrella
Amanda L. Devereux
Matthew M. Karlan
Joshua P. Arnold
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, New York 10281
(212) 504-6000

*Counsel to Plaintiff Jay Alix*

Application GRANTED. Defendants' answer deadline is extended to November 15, 2023; and Plaintiff's answer deadline is extended to November 22, 2023. In light of that, the initial pretrial conference is ADJOURNED to December 5, 2023, at 3 p.m. The pre-conference submissions are due by the Thursday prior to the conference. The Clerk of Court is directed to terminate ECF No. 245.

SO ORDERED.
*/s/ Jesse M. Furman/*
October 4, 2023