November 29, 2023

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

    Re: *Jay Alix v. McKinsey & Co., Inc., et al.*, No. 18-CV-4141 (JMF)
       <u>Letter Motion Seeking Adjournment</u>

Dear Judge Furman:

   The undersigned parties in the above-referenced action jointly submit this letter to respectfully request that the Court adjourn by 30 days defendants' December 6, 2023 deadline to answer the Second Amended Complaint (the "SAC"). The undersigned parties, other than Seth Goldstrom, also respectfully request that the Court adjourn by 30 days the initial pre-trial conference currently set for December 5, 2023 (and the joint preconference letter and proposed Case Management Order submission due on November 30, 2023 in connection with the same). Counterclaim Defendant AlixPartners LLP also consents to the requested adjournment of the initial pretrial conference currently set for December 5, 2023.

   The initial pre-trial conference is the only scheduled appearance before the Court. This is the parties' second request to adjourn the initial pre-trial conference and the submissions due in connection with the same and the fourth request with respect to extending the time to answer the SAC. On October 4, 2023, the Court granted the parties' request to adjourn the initial pre-trial conference by 30 days. Dkt. 246. On August 25, 2023, the Court granted all defendants' request to extend their time to answer the SAC by 31 days. Dkt. 242. On October 2, 2023, defendant Seth Goldstrom answered the SAC and filed counterclaims against Counterclaim Defendant Jay Alix and Counterclaim Defendant AlixPartners, LLP ("AlixPartners"). Dkt. 244. On October 4, 2023, the Court granted the remaining defendants' request to extend their time to answer the SAC by 30 days. Dkt. 246. On November 14, 2023, the Court granted the remaining defendants' request to extend their time to answer the SAC by 21 days. Dkt. 253. On November 14, 2023, Jay Alix filed a motion to dismiss Mr. Goldstrom's counterclaim. Dkt. 250. On November 21, 2023, the Court granted a joint request by Mr. Goldstrom and Counterclaim Defendants Jay Alix and AlixPartners to set a consolidated briefing schedule on the Counterclaim Defendants' motions to dismiss Mr. Goldstrom's counterclaims. Dkt. 256.

   This additional requested adjournment of the initial pre-trial conference and the submissions due in connection with the same and extension of defendants' deadline to answer the SAC will not affect any other case deadlines.

The Honorable Jesse M. Furman
November 29, 2023

       Mr. Goldstrom does not oppose the request to adjourn defendants' deadline to answer the SAC.  Mr. Goldstrom does oppose the request to adjourn the initial pre-trial conference and the pre-conference submissions.  When Mr. Goldstrom agreed to the briefing schedule on the motions to dismiss his counterclaims, Dkt. 256, he was unaware that the parties intended to seek a further extension.  He expected that the December 5, 2023 case conference would take place as ordered, and that the Court would at that time set a full discovery and motion schedule, including for motion practice under Fed. R. Civ. P. 17.  Mr. Goldstrom believes that the parties should proceed with the pre-trial conference as currently scheduled.

Application GRANTED in part and DENIED in part. Defendants' deadline to answer the Second Amended Complaint is hereby extended to **January 5, 2024**.  However, the pretrial conference scheduled for December 5, 2023, at 3:00 p.m. will proceed as scheduled.  The Clerk of Court is directed to terminate ECF No. 257.

Respectfully submitted,

SO ORDERED.

/s/ Sean F. O'Shea
Sean F. O'Shea
Michael E. Petrella
Amanda L. Devereux
Matthew M. Karlan
Joshua P. Arnold
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, New York 10281
(212) 504-6000

November 29, 2023

*Counsel to Jay Alix*

/s/ Mark P. Goodman
John Gleeson
Mark P. Goodman
Andrew J. Ceresney
Erica S. Weisgerber
Nathan S. Richards
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000

/s/ Jonathan D. Cogan
Matthew I. Menchel
Jonathan D. Cogan
Danielle L. Rose
Benjamin D. Sirota
Christen M. Martosella
Benjamin F. Cooper
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
(212) 488-1200

*Counsel for McKinsey & Company, Inc., McKinsey & Company Inc. United States, and McKinsey Recovery & Transformation Services U.S., LLC*

The Honorable Jesse M. Furman
November 29, 2023

/s/ *Ariel N. Lavinbuk*
Ariel N. Lavinbuk
Jennifer S. Windom
Brandon L. Arnold
Jack A. Herman
KRAMER LEVIN NAFTALIS & FRANKEL LLP
2000 K Street NW, 4th Floor
Washington, D.C. 20006
(202) 775-4500

*Counsel for Jon Garcia, Alison Proshan,
and Robert Sternfels*

/s/ *Catherine L. Redlich*
Catherine L. Redlich
DRISCOLL & REDLICH
110 West 40th Street, Suite 1900
New York, New York 10018
(212) 986-4030

*Counsel for Dominic Barton*

/s/ *Linda Imes*
Linda Imes
Christopher W. Dysard
Reed M. Keefe
SPEARS & IMES LLP
767 Third Avenue
New York, New York 10017
(212) 213-6996

*Counsel for Mark Hojnacki*

/s/ *Reid M. Figel*
Reid M. Figel
Bradley E. Oppenheimer
Robert C. Klipper
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK P.L.L.C.
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7968

*Counsel for Kevin Carmody and Seth
Goldstrom*

/s/ *Micah E. Marcus*
Micah E. Marcus
Christopher Dean
MCDONALD HOPKINS LLC
300 North LaSalle Street, Suite 1400
Chicago, Illinois 60654
(312) 280-0111

*Counsel for Jared D. Yerian*

/s/ *Jed I. Bergman*
Jed I. Bergman
Olga Lucia Fuentes-Skinner
Richard C. Ramirez
GLENN AGRE BERGMAN & FUENTES LLP
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
212.970.1600

*Counsel for Virginia "Jean" Molino*