UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JAY ALIX, :
:
Plaintiff, :
: 18-CV-4141 (JMF)
-v- :
: ORDER
MCKINSEY & CO., INC. et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On January 17, 2024, Baraa Shaheen sought leave on behalf of himself and Balwara LLC to file a motion for sanctions and disqualification of Kobre & Kim LLP as counsel for Defendants in this action. ECF No. 287. Leave is denied as to Balwara LLC because a corporate entity may appear in federal court only through admitted counsel and Shaheen is not a member of the Bar of this Court. *See Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007). However, leave is granted to Shaheen to proceed *pro se* in his individual capacity.

Any opposition to the motion, ECF No. 287, at 3-7, shall be filed no later than **Friday, February 2, 2024**. In any opposition, counsel should address whether Shaheen has any individual interest to assert with respect to the motion for sanctions and disqualification. Any reply shall be filed by **Friday, February 9, 2024**.

SO ORDERED.

Dated: January 22, 2024
       New York, New York                        _____
                                                 JESSE M. FURMAN
                                                 United States District Judge