UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAY ALIX,<br><br>        *Plaintiff*,<br><br>    v.<br><br>MCKINSEY & CO., INC.; MCKINSEY HOLDINGS, INC.; MCKINSEY & COMPANY INC. UNITED STATES; MCKINSEY RECOVERY & TRANSFORMATION SERVICES U.S., LLC; DOMINIC BARTON; KEVIN CARMODY; JON GARCIA; SETH GOLDSTROM; MARK HOJNACKI; VIRGINIA MOLINO; ALISON PROSHAN; ROBERT STERNFELS; and JARED YERIAN,<br><br>        *Defendants*. | Case No. 18-cv-04141 (JMF) |

**DECLARATION OF JONATHAN D. COGAN IN SUPPORT OF OPPOSITION TO MOTION FOR SANCTIONING & DISQUALIFYING DEFENDANTS' COUNSEL <u>KOBRE & KIM LLP, BY BARAA SHAHEEN & BALWARA LLC</u>**

I, Jonathan D. Cogan, declare under penalty of perjury as follows:

   1.  I am a member of the bar of this Court and a Partner with the law firm of Kobre & Kim LLP ("Kobre & Kim"), counsel for McKinsey & Co., Inc., McKinsey & Company Inc. United States, and McKinsey Recovery & Transformation Services U.S., LLC in the above-captioned action. I respectfully submit this declaration in support of the Opposition to Motion for Sanctioning & Disqualifying Defendants' Counsel Kobre & Kim LLP, by Baraa Shaheen & Balwara LLC.

   2.  Attached hereto as Exhibit 1 is a true and correct copy of the signed engagement letter between Kobre & Kim and Balwara LLC ("Balwara").

3. Attached hereto as Exhibit 2 is a true and correct copy of a letter from Kobre & Kim to Balwara, dated May 5, 2016.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 2, 2024 in Tenafly, New Jersey.

/s/ Jonathan D. Cogan
Jonathan D. Cogan
