# EXHIBIT 2

# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM

TEL +1 212 488 1200
FAX +1 212 488 1220

NEW YORK
LONDON
HONG KONG
SEOUL
WASHINGTON DC
SAN FRANCISCO
MIAMI
CAYMAN ISLANDS
BVI

May 5, 2016

**BY EMAIL**

Baraa Shaheen
Balwara LLC

> **Re:**  **Balwara LLC Representation**
> Reference No. 01096.001

Dear Mr. Shaheen:

As per our standard procedures, this letter is to inform you that as of February 11, 2016 we have completed our services in this engagement and have closed our files. If the matter appears to require our services in the future, we would be very pleased to discuss working together again. Please let me know upon receipt of this letter if there is anything else we can do for you or if you wish any materials sent to you. We reserve the right to destroy those aspects of the client file permissible under the relevant laws and professional rules.

Thank you for the opportunity to work on this matter.

Sincerely,

Jonathan D. Cogan
+1 212 488 1206