UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                              :
JAY ALIX,                                              :

                 Plaintiff,                    :              18-CV-4141 (JMF)

             -v-                            :              <u>ORDER</u>

MCKINSEY & CO., INC. et al.,                 :

                Defendants.               :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Plaintiff Jay Alix and Counterclaim Defendant AlixPartners, LLP's new consolidated motion to dismiss the counterclaims of Defendants Seth Goldstrom and Kevin Carmody, *see* Docket No. 300, the earlier motions of Alix and AlixPartners, LLP to dismiss filed at Docket Nos. 250 & 265 are hereby DENIED as moot. In accordance with the briefing schedule in effect, ECF No. 289, Goldstrom and Carmody's consolidated opposition to the new motion to dismiss is due by **March 1, 2024**. Alix and AlixPartners, LLP's consolidated reply, if any, is due by **March 15, 2024**.

       The Clerk of Court is directed to terminate Docket Nos. 250 & 265.

       SO ORDERED.

Dated: February 12, 2024
       New York, New York

                                                    _____
                                                        JESSE M. FURMAN
                                                   United States District Judge