UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JAY ALIX, :
:
                Plaintiff, :                18-CV-4141 (JMF)
:
      -v- :                    ORDER
:
MCKINSEY & CO., INC. et al., :
:
                Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On January 17, 2024, Baraa Shaheen sought leave on behalf of himself and Balwara LLC to file a motion for sanctions and disqualification of Kobre & Kim LLP as counsel for Defendants in this action. ECF No. 287. By Order dated January 22, 2024, the Court denied leave as to Balwara LLC because a corporate entity may appear in federal court only through admitted counsel and Shaheen is not a member of the Bar of this Court. ECF No. 290. The Court granted leave to Mr. Shaheen, however, and set a briefing schedule. *See id.* Kobre & Kim LLP timely opposed the motion. *See* ECF No. 298. Mr. Shaheen did not file any reply.

      Upon review of the submissions, Mr. Shaheen's motion is DENIED as frivolous, substantially for the reasons set forth in Kobre & Kim LLP's opposition.

      SO ORDERED.

Dated: February 12, 2024                     _____
      New York, New York                    JESSE M. FURMAN
                                          United States District Judge