# EXHIBIT A

**AMENDED PRIVILEGE LOG OF PLAINTIFF JAY ALIX[1] IN CONNECTION WITH POTENTIAL RULE 17 MOTION**
*Jay Alix v. McKinsey & Co., Inc., et al.*, No. 18-cv-04141 (JMF) (S.D.N.Y.)

| No. | Date | Document Type | Sender / Author | Custodian(s) | "To" Recipient(s) | "CC" / "BCC" Copied Recipient(s) | Attorney(s)[2] | Email Subject / Attachment File Name(s) | Description | Applicable Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 7/20/17 | Email with 1 Word attachment | S. Toll | J. Alix | J. Alix | J. Alix | S. Toll | Assignment of Causes of Action / AlixPartners, Assignment of claim, McKinsey, 7-20-17.doc | Email communication and attachment providing legal advice regarding draft assignment of claims (the "Assignment") prepared in anticipation of litigation. | ACC; AWP |
| 2. | 7/20/17 | Email | Sheryl Thompson ("S. Thompson") (on behalf of J. Alix) | S. Toll S. Thompson | S. Toll | J. Alix | S. Toll | RE: Assignment of Causes of Action | Email communication requesting legal advice regarding draft Assignment. | ACC |

---

[1]    Plaintiff Jay Alix  ("J. Alix" or "Alix") reserves all rights with respect to this Privilege Log.  This Privilege log is being produced subject and pursuant to *Plaintiff Jay Alix's Responses and Objections to Defendants' First Set of Requests for the Production of Documents Concerning Potential Rule 17 Motion*, dated January 11, 2024 (the "Alix Rule 17 Responses"). Capitalized terms not defined herein shall have the meaning ascribed to them in the Alix Rule 17 Responses.

[2]    Attorneys for Plaintiff Jay Alix ("J. Alix") include Sheldon S. Toll ("S. Toll") of the Law Office of Sheldon S. Toll PLLC; Dan Lemsich ("D. Lemisch"), General Counsel for Lakeview Capital Inc.; Sean O'Shea ("S. O'Shea"), Michael E. Petrella ("M. Petrella"), Amanda Devereux ("A. Devereux"), and Daniel Kelly ("D. Kelly") of the law firms Boies Schiller Flexner LLP and/or Cadwalader, Wickersham & Taft LLP. Attorneys for AlixPartners LLP ("AP") include Kathryn Koorenny ("K. Koorenny"), General Counsel for AP; Joe T. Baio ("J. Baio"), Stuart R. Lombardi ("S. Lombardi"), Samuel Philipsek ("S. Philipsek"), Marc Abrams ("M. Abrams"), Wesley Powell ("W. Powell"), Jordan Wall ("J. Wall") of the law firm Willkie Farr & Gallagher LLP.

| No. | Date | Document Type | Sender / Author | Custodian(s) | "To" Recipient(s) | "CC" / "BCC" Copied Recipient(s) | Attorney(s)[2] | Email Subject / Attachment File Name(s) | Description | Applicable Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| 3. | Intentionally omitted | | | | | | | | | |
| 4. | Intentionally omitted | | | | | | | | | |
| 5. | Intentionally omitted | | | | | | | | | |
| 6. | 7/21/17 | Email with 1 Word attachment | B. Shields | B. Shields | K. Koorenny | | K. Koorenny | RE: Minutes / AlixPartners%2c Assignment of claim%2c McKinsey%2c 7-20-17.doc | Email communication and attachment providing information for purposes of requesting legal advice regarding draft Assignment prepared in anticipation of litigation. | ACC; AWP. |
| 7. | Intentionally omitted | | | | | | | | | |
| 8. | Intentionally omitted | | | | | | | | | |
| 9. | Intentionally omitted | | | | | | | | | |

| No. | Date | Document Type | Sender / Author | Custodian(s) | "To" Recipient(s) | "CC" / "BCC" Copied Recipient(s) | Attorney(s)[2] | Email Subject / Attachment File Name(s) | Description | Applicable Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| 10. | Intentionally omitted | | | | | | | | | |
| 11. | 8/13/2017 | Email | B. Shields | B. Shields | K. Koorenny | | K. Koorenny | RE: Minutes | Email communication requesting legal advice regarding draft Assignment. | ACC |
| 12. | 8/14/2017 | Email | B. Shields | B. Shields J. Alix | J. Alix | | K. Koorenny | FW: Assignment | Email communication reflecting legal advice and requesting information for purposes of obtaining legal advice regarding draft Assignment. | ACC |
| 13. | Intentionally omitted | | | | | | | | | |
| 14. | Intentionally omitted | | | | | | | | | |
| 15. | Intentionally omitted | | | | | | | | | |

| No. | Date | Document Type | Sender / Author | Custodian(s) | "To" Recipient(s) | "CC" / "BCC" Copied Recipient(s) | Attorney(s)[2] | Email Subject / Attachment File Name(s) | Description | Applicable Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| 16. | Intentionally omitted | | | | | | | | | |
| 17. | 8/16/2017 | Email with 1 Word attachment | B. Shields | B. Shields | K. Koorenny | | K. Koorenny | RE: Assignment of Claims re McKinsey - 2017 08 14 / Assignment of Claims re McKinsey - marked by SST, 8-16-17.doc | Email communication and attachment requesting legal advice regarding draft Assignment prepared in anticipation of litigation. | ACC, AWP |
| 18. | 8/17/2017 | Email | B. Shields | B. Shields | K. Koorenny | | K. Koorenny | RE: Assignment of Claims re McKinsey - 2017 08 14 | Email communication requesting legal advice regarding draft Assignment. | ACC |

| No. | Date | Document Type | Sender / Author | Custodian(s) | "To" Recipient(s) | "CC" / "BCC" Copied Recipient(s) | Attorney(s)[2] | Email Subject / Attachment File Name(s) | Description | Applicable Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| 19. | 9/3/2017 | Email | S. Toll | J. Alix | J. Alix | J. Alix | S. Toll<br><br>Steven Rhodes ("S. Rhodes") | Fwd: Jay Alix v McKinsey-- Complaint/ Joint Privilege | Email communication providing legal advice and prepared in anticipation of litigation regarding the Assignment and assigned claims. | ACC, AWP |
| 20. | 9/9/2017 | Email with 2 Word Attachments | S. Toll | S. Toll<br>B. Shields | B. Shields | | S. Toll | RE: Assignment / Assignment of claim McKinsey - final KK signature, 8-31-17.doc / Side letter re assignment of claim, 8-28-17.docx | Email communication and attachments providing legal advice regarding Assignment prepared in anticipation of litigation. | ACC, AWP |

| No. | Date | Document Type | Sender / Author | Custodian(s) | "To" Recipient(s) | "CC" / "BCC" Copied Recipient(s) | Attorney(s)[2] | Email Subject / Attachment File Name(s) | Description | Applicable Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| 21. | 11/3/2017 | Email with 2 Word Attachments | S. Toll | S. Toll | M. Petrella | | S. Toll M. Petrella | FW: Assignment of Claim and Side-Letter | Email communication and attachments requesting legal advice regarding Assignment prepared in anticipation of litigation. | ACC, AWP |
| 22. | 6/4/18 | Email with 2 Word attachments | D. Lemisch | M. Petrella | J. Baio | M. Petrella | D. Lemisch J. Baio M. Petrella | FW: Common Interest Agreement / 1-17-2018 DRAFT Common Interest Agreement.docx revised.docx / 1-17-2018 DRAFT Common Interest Agreement.docx revised redline.docx | Email communication and attachments reflecting legal advice regarding draft common interest agreement. | ACC, AWP, Common Int. |

| No. | Date | Document Type | Sender / Author | Custodian(s) | "To" Recipient(s) | "CC" / "BCC" Copied Recipient(s) | Attorney(s)[2] | Email Subject / Attachment File Name(s) | Description | Applicable Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| 23. | 6/5/2018 | Email with 1 Word attachment | K. Koorenny | B. Shields | David Morin Dave Tayeh Dennis Archer Guthrie Stewart Lara Tiedens Michael Grindfors Nicholas Hirschi B. Shields Simon Marc Steve Miller J. Alix | B. Kelly  Risk Ticketing  B. Justice  AP Help Desk | K. Koorenny B. Kelly | UPDATE: Alix-McKinsey - Legal Hold Notice / Alix-McKinsey - Legal Hold 2018June05.docx | Email communication and attachment providing legal advice and prepared in anticipation of litigation regarding assigned claims. | ACC, AWP |

| No. | Date | Document Type | Sender / Author | Custodian(s) | "To" Recipient(s) | "CC" / "BCC" Copied Recipient(s) | Attorney(s)[2] | Email Subject / Attachment File Name(s) | Description | Applicable Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| 24. | 6/19/2018 | Email with 1 Word attachment | Emily Gallagher ("E. Gallagher") | Deb DiRezze ("D. DiRezze") J. Alix | D. DiRezze | | K. Koorenny | FW: UPDATE: Alix-McKinsey - Legal Hold Notice / Alix-McKinsey - Legal Hold 2018June05.docx | Email communication and attachment reflecting legal advice and request for information for purposes of providing legal advice and prepared in anticipation of litigation regarding assigned claims. | ACC, AWP |

| No. | Date | Document Type | Sender / Author | Custodian(s) | "To" Recipient(s) | "CC" / "BCC" Copied Recipient(s) | Attorney(s)[2] | Email Subject / Attachment File Name(s) | Description | Applicable Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| 25. | 6/19/2018 | Email | D. DiRezze | D. DiRezze | E. Gallagher | J. Alix | K. Koorenny | RE: UPDATE: Alix-McKinsey - Legal Hold Notice | Email communication and attachment reflecting legal advice and request for information for purposes of providing legal advice and prepared in anticipation of litigation regarding assigned claims. | ACC, AWP |

| No. | Date | Document Type | Sender / Author | Custodian(s) | "To" Recipient(s) | "CC" / "BCC" Copied Recipient(s) | Attorney(s)[2] | Email Subject / Attachment File Name(s) | Description | Applicable Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| 26. | 6/20/2018 | Email | E. Gallagher | D. DiRezze J. Alix | D. DiRezze | | K. Koorenny | RE: UPDATE: Alix-McKinsey - Legal Hold Notice | Email communication and attachment reflecting legal advice and request for information for purposes of providing legal advice and prepared in anticipation of litigation regarding assigned claims. | ACC, AWP |

| No. | Date | Document Type | Sender / Author | Custodian(s) | "To" Recipient(s) | "CC" / "BCC" Copied Recipient(s) | Attorney(s)[2] | Email Subject / Attachment File Name(s) | Description | Applicable Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| 27. | 6/25/2018 | Email | E. Gallagher | D. DiRezze J. Alix | D. DiRezze | | K. Koorenny | RE: UPDATE: Alix-McKinsey - Legal Hold Notice | Email communication and attachment reflecting legal advice and request for information for purposes of providing legal advice and prepared in anticipation of litigation regarding assigned claims. | ACC, AWP |

| No. | Date | Document Type | Sender / Author | Custodian(s) | "To" Recipient(s) | "CC" / "BCC" Copied Recipient(s) | Attorney(s)[2] | Email Subject / Attachment File Name(s) | Description | Applicable Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| 28. | 6/25/2018 | Email | D. DiRezze | D. DiRezze | E. Gallagher | J. Alix | K. Koorenny | RE: UPDATE: Alix-McKinsey - Legal Hold Notice | Email communication and attachment reflecting legal advice and request for information for purposes of providing legal advice and prepared in anticipation of litigation regarding assigned claims. | ACC, AWP |

| No. | Date | Document Type | Sender / Author | Custodian(s) | "To" Recipient(s) | "CC" / "BCC" Copied Recipient(s) | Attorney(s)[2] | Email Subject / Attachment File Name(s) | Description | Applicable Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| 29. | 6/25/2018 | Email | D. DiRezze | D. DiRezze | E. Gallagher | J. Alix | K. Koorenny | RE: UPDATE: Alix-McKinsey - Legal Hold Notice | Email communication and attachment reflecting legal advice and request for information for purposes of providing legal advice and prepared in anticipation of litigation regarding assigned claims. | ACC, AWP |

| No. | Date | Document Type | Sender / Author | Custodian(s) | "To" Recipient(s) | "CC" / "BCC" Copied Recipient(s) | Attorney(s)[2] | Email Subject / Attachment File Name(s) | Description | Applicable Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| 30. | 6/25/2018 | Email | E. Gallagher | D. DiRezze J. Alix | D. DiRezze | | K. Koorenny | RE: UPDATE: Alix-McKinsey - Legal Hold Notice | Email communication and attachment reflecting legal advice and request for information for purposes of providing legal advice and prepared in anticipation of litigation regarding assigned claims. | ACC, AWP |

| No. | Date | Document Type | Sender / Author | Custodian(s) | "To" Recipient(s) | "CC" / "BCC" Copied Recipient(s) | Attorney(s)[2] | Email Subject / Attachment File Name(s) | Description | Applicable Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| **31.** | 6/25/2018 | Email | D. DiRezze (on behalf of J. Alix) | D. DiRezze | K. Koorenny | B. Kelly<br><br>AlixPartners' Risk Ticketing<br><br>B. Justice<br><br>AlixPartners Help Desk<br><br>D. Lemisc<br><br>E. Gallagher,<br><br>J. Alix | K Koorenny<br><br>B. Kelly<br><br>D. Lemisch | RE: UPDATE: Alix-McKinsey - Legal Hold Notice | Email communication and attachment reflecting legal advice and request for information for purposes of providing legal advice and prepared in anticipation of litigation regarding assigned claims. | ACC, AWP |
| **32.** | 8/18/2018 | Email | D. DiRezze (on behalf of J. Alix) | D. DiRezze<br>J. Alix | B. Kelly | K. Koorenny<br><br>B. Shields<br><br>D. Lemisch | K. Koorenny<br><br>B. Shields<br><br>D. Lemisch<br><br>B. Kelly | ATTORNEY CLIENT PRIVILEGED | Email communication reflecting legal advice and attorney-created material prepared in anticipation of litigation regarding the assigned claims. | ACC, AWP, Common Int. |

| No. | Date | Document Type | Sender / Author | Custodian(s) | "To" Recipient(s) | "CC" / "BCC" Copied Recipient(s) | Attorney(s)[2] | Email Subject / Attachment File Name(s) | Description | Applicable Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| 33. | 8/20/2018 | Email | K. Koorenny | D. DiRezze J. Alix B. Shields | D. DiRezze B. Kelly J. Alix | B. Shields D. Lemisch M. Abrams J. Baio | K. Koorenny B. Kelly D. Lemisch M. Abrams J. Baio | RE: ATTORNEY CLIENT PRIVILEGED | Email communication reflecting legal advice and attorney-created material prepared in anticipation of litigation regarding the assigned claims. | ACC, AWP, Common Int. |
| 34. | 8/20/2018 | Email | D. DiRezze (on behalf of J. Alix) | D. DiRezze J. Alix B. Shields | K. Koorenny | D. Lemisch M. Abrams B. Shields J. Baio B. Kelly J. Alix | K. Koorenny D. Lemisch M. Abrams J. Baio B. Kelly | RE: ATTORNEY CLIENT PRIVILEGED | Email communication reflecting legal advice and attorney-created material prepared in anticipation of litigation regarding the assigned claims. | ACC, AWP, Common Int. |

| No. | Date | Document Type | Sender / Author | Custodian(s) | "To" Recipient(s) | "CC" / "BCC" Copied Recipient(s) | Attorney(s)[2] | Email Subject / Attachment File Name(s) | Description | Applicable Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| 35. | 8/21/18 | Email with 2 Word attachments | D. Lemisch | M. Petrella | J. Baio<br>M. Abrams | M. Petrella<br>S. O'Shea | D. Lemisch<br>J. Baio<br>M. Petrella<br>M. Abrams<br>S. O'Shea | FW: ATTORNEY CLIENT PRIVILEGED / 1-17-2018 DRAFT Common Interest Agreement.docx revised redline.docx / 1-17-2018 DRAFT Common Interest Agreement.docx revised.docx | Email communication and attachments reflecting legal advice and prepared in anticipation of litigation regarding draft common interest agreement. | ACC, AWP, Common Int. |
| 36. | 8/21/18 | Email | J. Baio | M. Petrella | D. Lemisch, | M. Abrams<br>M. Petrella<br>S. O'Shea | D. Lemisch<br>J. Baio<br>M. Petrella<br>M. Abrams<br>S. O'Shea | Re: ATTORNEY CLIENT PRIVILEGED | Email communication reflecting legal advice and prepared in anticipation of litigation regarding draft common interest agreement. | ACC, AWP, Common Int. |

| No. | Date | Document Type | Sender / Author | Custodian(s) | "To" Recipient(s) | "CC" / "BCC" Copied Recipient(s) | Attorney(s)[2] | Email Subject / Attachment File Name(s) | Description | Applicable Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| 37. | 8/21/18 | Email with 1 Word attachment | S. Lombardi | M. Petrella | M. Petrella | J. Baio | S. Lombardi M. Petrella J. Baio | Fwd: AlixPartners - Common Interest Agreement / AlixPartners-Jay Alix Common Interest Agreement - 6-14-18 WFG DRAFT.DOCX | Email communication and attachment reflecting legal advice and prepared in anticipation of litigation regarding draft common interest agreement. | ACC, AWP, Common Int. |
| 38. | 8/21/18 | Email | D. Kelly | M. Petrella | J. Baio S. Lombardi | M. Petrella | D. Kelly J. Baio S. Lombardi M. Petrella | AlixPartners - Common Interest Agreement | Email communication reflecting legal advice and prepared in anticipation of litigation regarding draft common interest agreement. | ACC, AWP, Common Int. |

| No. | Date | Document Type | Sender / Author | Custodian(s) | "To" Recipient(s) | "CC" / "BCC" Copied Recipient(s) | Attorney(s)[2] | Email Subject / Attachment File Name(s) | Description | Applicable Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| 39. | 8/22/18 | Email with 1 Word attachment and 1 PDF attachment | S. Lombardi | M. Petrella | M. Petrella D. Kelly | J. Baio | D. Kelly J. Baio S. Lombardi M. Petrella | RE: AlixPartners - Common Interest Agreement / AlixPartners-Jay Alix Common Interest Agreement - 6-22-18 WFG DRAFT.DOCX / Change-Pro Redline - AlixPartners-Jay Alix Common Interest Agreement - 6___.pdf | Email communication and attachments reflecting legal advice and prepared in anticipation of litigation regarding draft common interest agreement. | ACC, AWP, Common Int. |
| 40. | 8/22/18 | Email | M. Petrella | M. Petrella | D. Kelly S. Lombardi | J. Baio | D. Kelly J. Baio S. Lombardi M. Petrella | RE: AlixPartners - Common Interest Agreement | Email communication reflecting legal advice and prepared in anticipation of litigation regarding draft common interest agreement. | ACC, AWP, Common Int. |

| No. | Date | Document Type | Sender / Author | Custodian(s) | "To" Recipient(s) | "CC" / "BCC" Copied Recipient(s) | Attorney(s)[2] | Email Subject / Attachment File Name(s) | Description | Applicable Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| 41. | 8/22/18 | Email | M. Petrella | M. Petrella | D. Kelly S. Lombardi | J. Baio | D. Kelly J. Baio S. Lombardi M. Petrella | RE: AlixPartners - Common Interest Agreement | Email communication reflecting legal advice and prepared in anticipation of litigation regarding draft common interest agreement. | ACC, AWP, Common Int. |
| 42. | 8/28/18 | Email | M. Petrella | M. Petrella | D. Kelly S. Lombardi | J. Baio | D. Kelly J. Baio S. Lombardi M. Petrella | RE: AlixPartners - Common Interest Agreement | Email communication reflecting legal advice and prepared in anticipation of litigation regarding assigned claims. | ACC, AWP, Common Int. |

| No. | Date | Document Type | Sender / Author | Custodian(s) | "To" Recipient(s) | "CC" / "BCC" Copied Recipient(s) | Attorney(s)[2] | Email Subject / Attachment File Name(s) | Description | Applicable Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| 43. | 8/28/18 | Email | J. Baio | M. Petrella | M. Petrella | D. Kelly<br><br>S. Lombardi | D. Kelly<br>J. Baio<br>S. Lombardi<br>M. Petrella | RE: AlixPartners - Common Interest Agreement | Email communication reflecting legal advice and prepared in anticipation of litigation regarding assigned claims. | ACC, AWP, Common Int. |
| 44. | 8/28/18 | Email | M. Petrella | M. Petrella | J. Baio | D. Kelly<br><br>S. Lombardi | D. Kelly<br>J. Baio<br>S. Lombardi<br>M. Petrella | RE: AlixPartners - Common Interest Agreement | Email communication reflecting legal advice and prepared in anticipation of litigation regarding assigned claims. | ACC, AWP, Common Int. |

| No. | Date | Document Type | Sender / Author | Custodian(s) | "To" Recipient(s) | "CC" / "BCC" Copied Recipient(s) | Attorney(s)[2] | Email Subject / Attachment File Name(s) | Description | Applicable Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| 45. | 9/4/18 | Email | S. Lombardi | M. Petrella | M. Petrella<br>D. Kelly | J. Baio | D. Kelly<br>J. Baio<br>S. Lombardi<br>M. Petrella | Alix v. McKinsey - Brief Call re: Complaint | Email communication reflecting legal advice and prepared in anticipation of litigation regarding assigned claims. | ACC, AWP, Common Int. |
| 46. | 9/4/18 | Email | D. Kelly | M. Petrella | M. Petrella<br>S. Lombardi | J. Baio | D. Kelly<br>J. Baio<br>S. Lombardi<br>M. Petrella | Re: Alix v. McKinsey - Brief Call re: Complaint | Email communication reflecting legal advice and prepared in anticipation of litigation regarding assigned claims. | ACC, AWP, Common Int. |

| No. | Date | Document Type | Sender / Author | Custodian(s) | "To" Recipient(s) | "CC" / "BCC" Copied Recipient(s) | Attorney(s)[2] | Email Subject / Attachment File Name(s) | Description | Applicable Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| 47. | 9/4/2018 | Email | S. Lombardi | M. Petrella | M. Petrella D. Kelly | J. Baio D. Lemisch | D. Kelly J. Baio S. Lombardi M. Petrella D. Lemisch | Re: Alix v. McKinsey - Brief Call re: Complaint | Email communication reflecting legal advice and prepared in anticipation of litigation regarding assigned claims. | ACC, AWP, Common Int. |
| 48. | 3/5/2020 | Email with 1 Word attachment and 1 PDF attachment | S. Lombardi | M. Petrella S. O'Shea | D. Lemisch S. O'Shea M. Petrella | J. Baio W. Powell J. Wall | S. Lombardi S. O'Shea D. Lemisch M. Petrella J. Baio W. Powell J. Wall | Amendment to AlixPartners Common Interest Agreement / [DRAFT] Amendment to AlixPartners Common Interest Agreement.docx / 2018.08.23 Alix-AlixPartners Common Interest Agreement (Executed).pdf | Email communication and attachments reflecting legal advice and created in anticipation of litigation regarding draft common interest agreement. | ACC, AWP, Common Int. |

| No. | Date | Document Type | Sender / Author | Custodian(s) | "To" Recipient(s) | "CC" / "BCC" Copied Recipient(s) | Attorney(s)[2] | Email Subject / Attachment File Name(s) | Description | Applicable Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| 49. | 3/18/2020 | Email with 1 Word attachment and 1 PDF attachment | S. Lombardi | M. Petrella S. O'Shea | D. Lemisch  S. O'Shea  M. Petrella | J. Baio W. Powell J. Wall | S. Lombardi S. O'Shea D. Lemisch M. Petrella J. Baio W. Powell J. Wall | Amendment to AlixPartners Common Interest Agreement / [DRAFT] Amendment to AlixPartners Common Interest Agreement.docx / 2018.08.23 Alix-AlixPartners Common Interest Agreement (Executed).pdf | Email communication and attachments reflecting legal advice and created in anticipation of litigation regarding draft common interest agreement. | ACC, AWP, Common Int. |
| 50. | 3/23/2020 | Email with 1 PDF attachment | D. Lemisch | M. Petrella | S. Lombardi | M. Petrella | D. Lemisch S. Lombardi M. Petrella | Amendment to AlixPartners Common Interest Agreement / Amendment to Common Interest Agreement & Joinders 032020.pdf | Email communication and attachment reflecting legal advice and created in anticipation of litigation regarding draft common interest agreement. | ACC, AWP, Common Int. |

| No. | Date | Document Type | Sender / Author | Custodian(s) | "To" Recipient(s) | "CC" / "BCC" Copied Recipient(s) | Attorney(s)[2] | Email Subject / Attachment File Name(s) | Description | Applicable Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| 51. | 3/24/2020 | Email with 2 PDF attachments | S. Lombardi | M. Petrella | D. Lemisch M. Petrella | J. Wall | S. Lombardi D. Lemisch M. Petrella J. Wall | RE: Amendment to AlixPartners Common Interest Agreement / 2020.03.19 Amendment to AlixPartners Common Interest Agreement - Fully E___.pdf / 2018.08.23 Common Interest Agreement - w_ Amendment and Joinders (Execut___.pdf | Email communication and attachments reflecting legal advice and created in anticipation of litigation regarding draft common interest agreement. | ACC, AWP, Common Int. |

| No. | Date | Document Type | Sender / Author | Custodian(s) | "To" Recipient(s) | "CC" / "BCC" Copied Recipient(s) | Attorney(s)[2] | Email Subject / Attachment File Name(s) | Description | Applicable Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| **52.** | 3/31/2021 | Email with 2 PDF attachments | K. Koorenny | J. Alix B. Shields | J. Alix Arthur J. Rubado Jill Smart John H. Noseworthy Dave Tayeh Dennis Archer Guthrie Stewart Lara Tiedens Michael Grindfors B. Shields Simon Marc Steve Miller | B. Kelly B. Justice | K. Koorenny B. Kelly | Alix-McKinsey - Legal Hold Notice / Alix-McKinsey-May 2018 hold (March 2021 update).pdf / McKinsey December 2019 hold (March 2021 update).pdf | Email communication and attachment providing legal advice and prepared in anticipation of litigation regarding assigned claims. | ACC, AWP |

| No. | Date | Document Type | Sender / Author | Custodian(s) | "To" Recipient(s) | "CC" / "BCC" Copied Recipient(s) | Attorney(s)[2] | Email Subject / Attachment File Name(s) | Description | Applicable Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| **53.** | 9/30/2021 | Email with 2 PDF attachment | Steve Deedy ("S. Deedy") | B. Shields J. Alix | J. Alix Arthur J. Rubado Jill Smart John H. Noseworthy Dave Tayeh Dennis Archer Guthrie Stewart Lara Tiedens Michael Grindfors B. Shields Simon Marc Steve Miller | B. Justice B. Kelly A. Duke E. Gallagher | B. Justice B. Kelly | Alix-McKinsey - Legal Hold Notice / Alix-McKinsey- May 2018 hold (September 2021 update).pdf / McKinsey December 2019 hold (September 2021 update).pdf | Email communication and attachment providing legal advice and prepared in anticipation of litigation regarding assigned claims. | ACC, AWP |

| No. | Date | Document Type | Sender / Author | Custodian(s) | "To" Recipient(s) | "CC" / "BCC" Copied Recipient(s) | Attorney(s)[2] | Email Subject / Attachment File Name(s) | Description | Applicable Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| **54.** | 3/30/2022 | Email with 2 PDF attachments | S. Deedy | B. Shields<br><br>J. Alix | J. Alix<br>Arthur J. Rubado<br>Jill Smart<br>John H. Noseworthy<br>Dave Tayeh<br>Dennis Archer<br>Guthrie Stewart<br>Lara Tiedens<br>Michael Grindfors<br>B. Shields<br>Simon Marc<br>Steve Miller | E. Gallagher<br><br>B. Justice<br><br>B. Kelly | B. Justice<br><br>B. Kelly | Alix-McKinsey - Legal Hold Notice / Alix-McKinsey-May 2018 hold (March 2022 update).pdf / McKinsey December 2019 hold (March 2022 update).pdf | Email communication and attachment providing legal advice and prepared in anticipation of litigation regarding assigned claims. | ACC, AWP |

| Beg. Bates | End Bates | Date | Document Type | Sender / Author | Custodian(s) | "To" Recipient(s) | "CC" / "BCC" Copied Recipient(s) | Attorney(s) | Description | Applicable Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| ALIX_00000010 | ALIX_00000011 | 8/30/2017 | Email with 2 Word attachments | S. Toll | S. Toll | J. Alix | | S. Toll | Email communication providing legal advice regarding Side Letter in connection with the Assignment ("Side Letter"). | ACC |
| ALIX_00000028 | ALIX_00000030 | 8/31/2017 | Email with 2 Word attachments | S. Toll | S. Toll | J. Alix | | S. Toll | Email communication providing legal advice regarding the Side Letter. | ACC |
| ALIX_00000033 | ALIX_00000035 | 9/1/2017 | Email | D. DiRezze (on behalf of J. Alix) | S. Toll | S. Toll | | S. Toll | Email communication requesting information for purposes of providing legal advice regarding the Side Letter. | ACC |
| ALIX_00000037 | ALIX_00000039 | 9/1/2017 | Email with 1 PDF attachment | S. Toll | S. Toll | J. Alix | | S. Toll | Email communication providing legal advice regarding the Side Letter. | ACC |
| ALIX_00002547 ALIX_00002549 ALIX_00002551 ALIX_00002554 | ALIX_00002548 ALIX_00002550 ALIX_00002552 ALIX_00002555 | 5/15/2018 | Email | S. Freakley | B. Shields | K. Koorenny | | K. Koorenny | Email communication providing information for purposes of obtaining legal advice regarding assigned claims. | ACC |
| ALIX_00002547 ALIX_00002549 ALIX_00002551 ALIX_00002554 | ALIX_00002548 ALIX_00002550 ALIX_00002552 ALIX_00002555 | 5/16/2018 | Email | K. Koorenny | B. Shields | B. Shields | | K. Koorenny | Email communication requesting information for purposes of providing legal advice regarding assigned claims. | ACC |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ALIX_00002644 | ALIX_00002644 | 8/19/2019 | Email with 1 PDF attachment | D. DiRezze (on behalf of J. Alix) | D. DiRezze | K. Koorenny | S. Freakley<br><br>J. Alix | M. Petrella<br>S. O'Shea<br>D. Lemisch<br>S. Rhodes<br>A. Devereux<br>M. Feingold<br>K. Koorenny | Email communication reflecting legal advice and material prepared in anticipation of litigation regarding the assigned claims. | ACC, AWP, Common Int. |