February 29, 2024

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

    Re: *Jay Alix v. McKinsey & Co., Inc., et al.*, No. 18-CV-4141(JMF)

Dear Judge Furman:

  Pursuant to Rule 7(C) of Your Honor's Individual Rules and Practices in Civil Cases, the Parties in the above-referenced action respectfully request leave to file under seal (i) portions of the joint letter being submitted by the parties pursuant to the Case Management Order in advance of the March 5, 2024 status conference (the "Joint Letter") and (ii) exhibits B through E attached thereto (the "Designated Exhibits"), which are referenced in the Joint Letter.  The material to be sealed covers documents marked Confidential or Highly Confidential by Alix or AlixPartners.[1]

  The Designated Exhibits are as follows:

- Exhibit B: AlixPartners' revised privilege log for its Rule 17 document production;
- Exhibit C:  The Assignment at issue, as produced by Alix;
- Exhibit D:  Excerpts of the transcript of Jay Alix's February 27, 2024 deposition on Rule 17 issues; and
- Exhibit E:  An email exchange produced by Alix.

  Pursuant to the Court's rules (at 7(C)(i)), Defendants have notified counsel for Alix and AlixPartners of their need to file letters, within three business days, explaining the need for sealing.

Respectfully submitted,

/s/ Sean F. O'Shea
Sean F. O'Shea
Michael E. Petrella
Amanda L. Devereux
Matthew M. Karlan
Joshua P. Arnold

---

[1] Defendants reserve the right to seek relief from the Court with respect to these or other documents.

The Honorable Jesse M. Furman
February 29, 2024

Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, New York 10281
(212) 504-6000

*Counsel to Plaintiff Jay Alix*

/s/ Mark P. Goodman
John Gleeson
Mark P. Goodman
Andrew J. Ceresney
Erica S. Weisgerber
Nathan S. Richards
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Counsel for McKinsey & Company, Inc., McKinsey & Company Inc. United States, and McKinsey Recovery & Transformation Services U.S., LLC*

/s/ Jonathan D. Cogan
Matthew I. Menchel
Jonathan D. Cogan
Danielle L. Rose
Benjamin D. Sirota
Christen M. Martosella
Benjamin F. Cooper
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
(212) 488-1200

/s/ Ariel N. Lavinbuk
Ariel N. Lavinbuk
Jennifer S. Windom
Brandon L. Arnold
KRAMER LEVIN NAFTALIS & FRANKEL LLP
2000 K Street NW, 4th Floor
Washington, D.C. 20006
(202) 775-4500

*Counsel for Jon Garcia, Alison Proshan, and Robert Sternfels*

/s/ Reid M. Figel
Reid M. Figel
Bradley E. Oppenheimer
Robert C. Klipper
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK P.L.L.C.
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7968

*Counsel for Kevin Carmody and Seth Goldstrom*

The Honorable Jesse M. Furman
February 29, 2024

/s/ Catherine L. Redlich
Catherine L. Redlich
DRISCOLL & REDLICH
110 West 40th Street, Suite 1900
New York, New York 10018
(212) 986-4030

*Counsel for Dominic Barton*

/s/ Micah E. Marcus
Micah E. Marcus
Christopher Dean
MCDONALD HOPKINS LLC
300 North LaSalle Street, Suite 1400
Chicago, Illinois 60654
(312) 280-0111

*Counsel for Jared D. Yerian*

/s/ Linda Imes
Linda Imes
Christopher W. Dysard
BLANK ROME LLP
1271 Avenue of the Americas
New York, New York 10020
(212) 885-5000

*Counsel for Mark Hojnacki*

/s/ Jed I. Bergman
Jed I. Bergman
Olga Lucia Fuentes-Skinner
GLENN AGRE BERGMAN & FUENTES LLP
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
(212) 970-1600

*Counsel for Virginia "Jean" Molino*

/s/ Reed Brodsky
Reed Brodsky
Mary Beth Maloney
Lee R. Crain
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Tel. 212-351-4000

*Counsel to Counterclaim-Defendant AlixPartners LLP*

The motion to seal is granted temporarily. The Court will assess whether to keep the documents at issue sealed or redacted when resolving the underlying dispute.

With respect to the discovery disputes raised by Defendants in the parties' joint letter, Alix and AlixPartners shall file any consolidated response, not to exceed three pages, no later than March 4, 2024, at 5 p.m. The parties should also be prepared to discuss the disputes at the March 5, 2024 pretrial conference.

The Clerk of Court is directed to terminate ECF No. 311.

SO ORDERED.

March 1, 2024