IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAY ALIX,<br><br>    *Plaintiff*,<br><br>  v.<br><br>MCKINSEY & CO., INC.; MCKINSEY HOLDINGS, INC.; MCKINSEY & COMPANY INC. UNITED STATES; MCKINSEY RECOVERY & TRANSFORMATION SERVICES U.S., LLC; DOMINIC BARTON; KEVIN CARMODY; JON GARCIA; SETH GOLDSTROM; MARK HOJNACKI; VIRGINIA MOLINO; ALISON PROSHAN; ROBERT STERNFELS; and JARED YERIAN,<br><br>    *Defendants*. | Case No. 18-cv-04141 (JMF)<br><br>**NOTICE OF MOTION** |

  PLEASE TAKE NOTICE that, upon the accompanying Individual Defendants' Memorandum of Law in Support of Their Motion to Dismiss, dated March 19, 2024, Declaration of Brandon L. Arnold, and exhibits, Defendants Dominic Barton, Kevin Carmody, Jon Garcia, Seth Goldstrom, Mark Hojnacki, Virginia Molino, Alison Proshan, Robert Sternfels, and Jared Yerian (together, the "Individual Defendants") move this Court, before the Honorable Jesse M. Furman, at a date and time to be set by the Court, at the United States Courthouse, 40 Foley Square, New York, New York, for an order dismissing all remaining claims against them in the Second Amended Complaint (the "SAC," Dkt. No. 177) pursuant to Federal Rules of Civil Procedure 12(b)(1) and 17, and granting such other relief as the Court deems just and proper.

Dated: March 19, 2024  
Washington, D.C.

Respectfully submitted,

/s/ Brandon L. Arnold  
Ariel N. Lavinbuk  
Jennifer S. Windom  
Brandon L. Arnold  
KRAMER LEVIN NAFTALIS & FRANKEL LLP  
2000 K Street NW, 4th Floor  
Washington, D.C. 20006  
(202) 775-4500

*Counsel for Jon Garcia, Alison Proshan, and Robert Sternfels*

/s/ Reid M. Figel  
Reid M. Figel  
Bradley E. Oppenheimer  
Robert C. Klipper  
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK P.L.L.C.  
1615 M Street, NW, Suite 400  
Washington, D.C. 20036  
(202) 326-7900

*Counsel for Kevin Carmody and Seth Goldstrom*

/s/ Catherine L. Redlich  
Catherine L. Redlich  
DRISCOLL & REDLICH  
110 West 40th Street, Suite 1900  
New York, New York 10018  
(212) 986-4030

*Counsel for Dominic Barton*

/s/ Micah E. Marcus  
Micah E. Marcus  
Christopher Dean  
MCDONALD HOPKINS LLC  
300 North LaSalle Street, Suite 1400  
Chicago, Illinois 60654  
(312) 280-0111

*Counsel for Jared D. Yerian*

/s/ Linda Imes  
Linda Imes  
Christopher W. Dysard  
BLANK ROME LLP  
1271 Avenue of the Americas  
New York, New York 10020  
(212) 885-5000

*Counsel for Mark Hojnacki*

/s/ Jed I. Bergman  
Jed I. Bergman  
Olga Lucia Fuentes-Skinner  
GLENN AGRE BERGMAN & FUENTES LLP  
1185 Avenue of the Americas, 22nd Floor  
New York, New York 10036  
(212) 970-1600

*Counsel for Virginia "Jean" Molino*