IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAY ALIX,<br><br>                       *Plaintiff*,<br><br>           v.<br><br>MCKINSEY & CO., INC.; MCKINSEY HOLDINGS, INC.; MCKINSEY & COMPANY INC. UNITED STATES; MCKINSEY RECOVERY & TRANSFORMATION SERVICES U.S., LLC; DOMINIC BARTON; KEVIN CARMODY; JON GARCIA; SETH GOLDSTROM; MARK HOJNACKI; VIRGINIA MOLINO; ALISON PROSHAN; ROBERT STERNFELS; and JARED YERIAN,<br><br>                       *Defendants*. | Docket No. 18-cv-04141 (JMF)<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD**

**PLEASE TAKE NOTICE THAT** Evan McCants-Goldman, an attorney with the law firm Glenn Agre Bergman & Fuentes LLP and admitted to practice in this Court, hereby appears as counsel for Defendant Virginia "Jean" Molino in the above-captioned action.

Dated: April 17, 2024         **GLENN AGRE BERGMAN & FUENTES LLP**

                              By: */s/ Evan McCants-Goldman*

                              Evan McCants-Goldman
                              1185 Avenue of the Americas, 22nd Floor
                              New York, NY 10036
                              Tel.: (212) 970-1600
                              emccants.goldman@glennagre.com

                              *Attorneys for Virginia "Jean" Molino*