> The motion to seal is granted temporarily. The Court will assess whether to keep the documents at issue sealed or redacted when resolving the underlying motion. The Clerk of Court is directed to terminate ECF No. 364.
>
> SO ORDERED.
>
> *[signature]*
>
> April 19, 2024

April 18, 2024

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

Re: *Jay Alix v. McKinsey & Co., Inc., et al.*, No. 18-CV-4141(JMF)

Dear Judge Furman:

Pursuant to Rule 7(C) of Your Honor's Individual Rules and Practices in Civil Cases ("Individual Rules"), Defendants Dominic Barton, Kevin Carmody, Jon Garcia, Seth Goldstrom, Mark Hojnacki, Virginia Molino, Alison Proshan, Robert Sternfels, and Jared Yerian (together, the "Individual Defendants") in the above-referenced action respectfully request leave to file under seal an unredacted Reply Brief in Support of Their Motion to Dismiss Under Federal Rules of Civil Procedure 12(b)(1) and 17 ("Reply Brief") and certain exhibits to the Declaration of Ariel N. Lavinbuk accompanying that Reply Brief. The exhibits being submitted under seal concern information currently marked Confidential by Alix or AlixPartners.[1] Individual Defendants seek to file an unredacted Reply Brief under seal because the Reply Brief references and quotes those exhibits. A redacted version of the Reply Brief will be filed publicly.

The exhibits Individual Defendants seek to file under seal are as follows:

- Exhibit 1 – Excerpts of the transcript of the February 27, 2024, deposition of Jay Alix
- Exhibit 2 – Excerpts of the transcript of the March 1, 2024, deposition of Kathryn Koorenny

Pursuant to Rule 7(C)(i) of Your Honor's Individual Rules, Individual Defendants have met and conferred with counsel for Alix and AlixPartners. Counsel for Alix and AlixPartners have requested Individual Defendants file the above exhibits and any references to those exhibits in the Reply Brief under seal. Individual Defendants have notified counsel for Alix and AlixPartners that they must file, within three business days, letters explaining the need to seal these exhibits and redact Individual Defendants' Reply Brief.

---

[1] Individual Defendants reserve the right to seek relief from the Court with respect to these or other documents.

The Honorable Jesse M. Furman
April 18, 2024

Respectfully submitted,

/s/ Ariel N. Lavinbuk
Ariel N. Lavinbuk
Jennifer S. Windom
Brandon L. Arnold
KRAMER LEVIN NAFTALIS & FRANKEL LLP
2000 K Street NW, 4th Floor
Washington, D.C. 20006
(202) 775-4500

Counsel for Jon Garcia, Alison Proshan, and Robert Sternfels

/s/ Reid M. Figel
Reid M. Figel
Bradley E. Oppenheimer
Robert C. Klipper
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK P.L.L.C.
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900

Counsel for Kevin Carmody and Seth Goldstrom

/s/ Catherine L. Redlich
Catherine L. Redlich
DRISCOLL & REDLICH
110 West 40th Street, Suite 1900
New York, New York 10018
(212) 986-4030

Counsel for Dominic Barton

/s/ Micah E. Marcus
Micah E. Marcus
Christopher Dean
MCDONALD HOPKINS LLC
300 North LaSalle Street, Suite 1400
Chicago, Illinois 60654
(312) 280-0111

Counsel for Jared D. Yerian

/s/ Linda Imes
Linda Imes
Christopher W. Dysard
BLANK ROME LLP
1271 Avenue of the Americas
New York, New York 10020
(212) 885-5000

Counsel for Mark Hojnacki

/s/ Jed I. Bergman
Jed I. Bergman
Olga Lucia Fuentes-Skinner
GLENN AGRE BERGMAN & FUENTES LLP
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
(212) 970-1600

Counsel for Virginia "Jean" Molino