April 18, 2024

> The motion to seal is granted temporarily. The Court will assess whether to keep the documents at issue sealed or redacted when resolving the underlying motion. The Clerk of Court is directed to terminate ECF No. 366.
>
> SO ORDERED.
>
> [signature]
>
> April 19, 2024

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

      Re:    *Jay Alix v. McKinsey & Co., Inc., et al.*, No. 18-CV-4141(JMF)

Dear Judge Furman:

    Pursuant to Rule 7(C) of Your Honor's Individual Rules and Practices in Civil Cases, Defendants respectfully request leave to file under seal, in redacted form, (i) Defendants' Reply Memorandum of Law in Support of Their Motion for Dismissal Under Federal Rule of Civil Procedure 17 ("Reply Memorandum"), and (ii) an exhibit to the Declaration of Benjamin Sirota in Support of Defendants' Rule 17 Reply.

    Defendants seek to file the Reply Memorandum under seal because it references and quotes documents that have been designated as Confidential or Highly Confidential by Alix or AlixPartners. The exhibit to be filed in redacted form has been designated Confidential by AlixPartners.[1]

    On April 17 and 18, 2024, Defendants provided Alix and AlixPartners with a list of documents designated Confidential or Highly Confidential that Defendants intended to use. Pursuant to the Court's rules (at 7(C)(i)), Defendants hereby notify counsel for Alix and AlixPartners of their need to file letters, within three business days, explaining the need for sealing.

Respectfully submitted,

| | |
|---|---|
| /s/ Mark P. Goodman | /s/ Jonathan D. Cogan |
| John Gleeson | Matthew I. Menchel |
| Mark P. Goodman | Jonathan D. Cogan |
| Andrew J. Ceresney | Danielle L. Rose |
| Erica S. Weisgerber | Benjamin Sirota |
| Nathan S. Richards | Christen M. Martosella |
| DEBEVOISE & PLIMPTON LLP | KOBRE & KIM LLP |
| 66 Hudson Boulevard | 800 Third Avenue |
| New York, New York 10001 | New York, New York 10022 |
| (212) 909-6000 | (212) 488-1200 |

---

[1] Defendants reserve the right to seek relief from the Court with respect to these or other documents.

*Counsel for McKinsey & Company, Inc., McKinsey & Company Inc. United States, and McKinsey Recovery & Transformation Services U.S., LLC*

/s/ Ariel N. Lavinbuk
Ariel N. Lavinbuk
Jennifer S. Windom
Brandon L. Arnold
KRAMER LEVIN NAFTALIS & FRANKEL LLP
2000 K Street NW, 4th Floor
Washington, D.C. 20006
(202) 775-4500

*Counsel for Jon Garcia, Alison Proshan, and Robert Sternfels*

/s/ Reid M. Figel
Reid M. Figel
Bradley E. Oppenheimer
Robert C. Klipper
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK P.L.L.C.
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900

*Counsel for Kevin Carmody and Seth Goldstrom*

/s/ Catherine L. Redlich
Catherine L. Redlich
DRISCOLL & REDLICH
110 West 40th Street, Suite 1900
New York, New York 10018
(212) 986-4030

*Counsel for Dominic Barton*

/s/ Micah E. Marcus
Micah E. Marcus
Christopher Dean
MCDONALD HOPKINS LLC
300 North LaSalle Street, Suite 1400
Chicago, Illinois 60654
(312) 280-0111

*Counsel for Jared D. Yerian*

/s/ Linda Imes
Linda Imes
Christopher W. Dysard
BLANK ROME LLP
1271 Avenue of the Americas
New York, New York 10020
(212) 885-5000

*Counsel for Mark Hojnacki*

/s/Jed I. Bergman
Jed I. Bergman
Olga Lucia Fuentes-Skinner
GLENN AGRE BERGMAN & FUENTES LLP
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
(212) 970-1600

*Counsel for Virginia "Jean" Molino*

2