**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
JAY ALIX,

                                Plaintiff,

          -against-                                  18 **CIVIL** 4141 (JMF)

                                                        **<u>JUDGMENT</u>**

MCKINSEY & CO., INC. et al.,

                             Defendants.
------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 3, 2024, McKinsey's motion to dismiss is GRANTED, and both the Individual Defendants' motion to dismiss and Alix's and AlixPartners' motion to dismiss the counterclaims are deemed moot. (The parties' latest discovery disputes, see ECF Nos. 397 & 400, are also moot.). Judgment entered in favor of Defendants, and the case is closed.

**Dated:** New York, New York

       July 8, 2024

                                        **DANIEL ORTIZ**
                                 **Acting Clerk of Court**

                     **BY:**
                                  _____
                                     **Deputy Clerk**